EDWARD K. REAM v. ROBERT C. REAM and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

EUGENE J. NOYES v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of LAND ESTATES, INCORPORATED, and LIBERDAR HOLDING CORPORATION. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Others. SUPERINTENDENT OF INSURANCE, as Liquidator, etc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

COMMERCIAL SEALEAF CO., INC., v. PUREPAC CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MAX LEHMAN and Others v. AMTORG TRADING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HERMAN LIPSCHITZ v. EUGENE J. SCHWABACH and Others. RUTH T. LOVETT, v. EUGENE J. SCHWABACH and Others. MODERN HOMES, INC., v. EUGENE J. SCHWABACH and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 814.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS S. GOLDSTEIN, etc., v. TRI-CONTINENTAL CORPORATION and Others, Impleaded with EARLE BAILIE and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 801.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

CATHERINE A. STANTON v. EDWARD DeC. CHISHOLM and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JENNIE T. FARLEY v. EDWARD DeC. CHISHOLM and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE NATIONAL CITY BANK OF NEW YORK v. DESZ. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, etc.— Motion for leave to appeal to the Court of Appeals and for a stay granted; motion for reargument denied. [See ante, p. ——.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

DORES H. FONTHEIM, as Administratrix, etc., v. THIRD AVENUE RAILWAY COMPANY, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 147.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES RINDONE and Others for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.